DOMINIC CAMPODONICO (SBN: 188035)
REBECCA R. WARDELL (SBN: 272902)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
L'OREAL USA, INC. and WALGREEN CO.

JOHN NGUYEN (SBN: 224460)
1130 Fourth Street
Modesto, CA 95354
Telephone: (209)578-0900
Facsimile: (209)578-2799

Attorney for Plaintiff SARAH ZUBAIR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ZUBAIR,<br><br>    Plaintiff,<br><br>vs.<br><br>L'OREAL USA, INC., WALGREEN CO. and DOES 1 through 10,<br><br>    Defendants. | CASE NO. 2:10-CV-01112-MCE-EFB<br><br>**AMENDED ORDER RE PROTECTIVE ORDER**<br><br>Trial Date: September 4, 2012 |

This matter, having come regularly before the Court, and the Court being fully advised, and having examined the records and files herein, IT IS SO ORDERED, that the Stipulated Protective Order is confirmed and entered in all of its particulars.

Dated:  September 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON & REES LLP

/s/
_____
J. Dominic Campodonico
Rebecca R. Wardell
Attorneys for Defendants
L'OREAL USA, INC. and WALGREEN CO.

and

/s/
_____
John Nguyen
Attorney for Plaintiff
SARAH ZUBAIR