UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARAH ZUBAIR,                          No. 2:10-cv-01112-MCE-EFB

      Plaintiff,

  v.                                   ORDER CONTINUING TRIAL

L'OREAL USA, INC., et al.,

      Defendants.

_____/

    YOU ARE HEREBY NOTIFIED the September 4, 2012 jury trial is vacated and continued to **March 11, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **January 10, 2013.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the July 12, 2012 Final Pretrial Conference is vacated and continued to **January 24, 2013**, at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **January 3, 2013,** and shall comply with the procedures outlined in the Court's November 30, 2010 Pretrial Scheduling Order.

///

1

1 | The personal appearances of the trial attorneys or person(s) in
2 | pro se is mandatory for the Final Pretrial Conference.
3 | Telephonic appearances for this hearing are not permitted.
4 |     Any evidentiary or procedural motions are to be filed by
5 | **January 3, 2013.**  Oppositions must be filed by **January 10, 2013,**
6 | and any reply must be filed by **January 17, 2013.**   The motions
7 | will be heard by the Court at the same time as the Final Pretrial
8 | Conference.
9 |     IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE