DOMINIC CAMPODONICO (SBN: 188035)
dcampodonico@gordonrees.com
REBECCA R. WARDELL (SBN: 272902)
rwardell@gordonrees.com
GORDON & REES LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
Telephone: (415)986-5900
Facsimile: (415)986-8054

Attorneys for Defendants,
L'OREAL USA, INC. and WALGREEN CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ZUBAIR,<br><br>         Plaintiff,<br><br>   v.<br><br>L'OREAL USA, INC., WALGREEN CO. and DOES 1 THROUGH 10,<br><br>         Defendants. | CASE NO. 2:10-CV-01112-MCE-EFB<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: December 3, 2009<br>Case Removed: May 5, 2010 |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned parties, through their counsel of record, agree to a dismissal with prejudice of the Complaint filed on or about December 3, 2009 in the Superior Court of California for the County of San Joaquin – Stockton Branch and subsequently removed to the United States District Court, Eastern District of California on or about May 5, 2010.  This stipulation to a dismissal with prejudice pertains to any and all claims pertaining to the incident giving rise to said Complaint particularly as to defendants L'Oreal USA, Inc and Walgreen Co.  Parties further agree to waive all fees and costs.

///

///

///

-1-
STIPULATION AND ORDER OF DISMISSAL                    Case No. 2:10-CV-01112-MCE-EFB

1 **IT IS SO STIPULATED**.

2 Dated:  December 9, 2011

3
4
  _____/s/_____
  John Nguyen
  Attorney for Plaintiff, Sarah Zubair

5 Dated:  December 12, 2011

6
7
8
  _____/s/_____
  J. Dominic Campodonico
  Attorneys for Defendants,
  L'Oreal USA, Inc. and Walgreen Co.

9 **IT IS SO ORDERED**.  The Clerk of the Court is directed to close this case.

10
11 Dated:  December 14, 2011

12
13
  _____
  MORRISON C. ENGLAND, JR
  UNITED STATES DISTRICT JUDGE

*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
STIPULATION AND ORDER OF DISMISSAL          CASE NO. 2:10-CV-01112-MCE-EFB