1  DOMINIC CAMPODONICO (SBN: 188035)
   dcampodonico@gordonrees.com
2  REBECCA R. WARDELL (SBN: 272902)
   rwardell@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, 20th Floor
4  San Francisco, CA 94111
   Telephone: (415)986-5900
5  Facsimile: (415)986-8054

6  Attorneys for Defendants,
   L'OREAL USA, INC. and WALGREEN CO.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 SARAH ZUBAIR,                    )  CASE NO. 2:10-CV-01112-MCE-EFB
                                    )
12              Plaintiff,          )  **STIPULATION AND ORDER OF**
                                    )  **DISMISSAL**
13      v.                          )
                                    )
14 L'OREAL USA, INC., WALGREEN CO. and )  Complaint Filed: December 3, 2009
   DOES 1 THROUGH 10,               )  Case Removed: May 5, 2010
15                                  )
                Defendants.         )
16 _____ )

17

18      TO THE HONORABLE COURT:

19          Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned parties, through their

20 counsel of record, agree to a dismissal with prejudice of the Complaint filed on or about

21 December 3, 2009 in the Superior Court of California for the County of San Joaquin – Stockton

22 Branch and subsequently removed to the United States District Court, Eastern District of

23 California on or about May 5, 2010.  This stipulation to a dismissal with prejudice pertains to

24 any and all claims pertaining to the incident giving rise to said Complaint particularly as to

25 defendants L'Oreal USA, Inc and Walgreen Co.  Parties further agree to waive all fees and costs.

26 ///

27 ///

28 ///

*Gordon & Rees LLP*
*Embarcadero Center West*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

**IT IS SO STIPULATED**.

Dated:  December 9, 2011

_____/s/_____
John Nguyen
Attorney for Plaintiff, Sarah Zubair

Dated:  December 12, 2011

_____/s/_____
J. Dominic Campodonico
Attorneys for Defendants,
L'Oreal USA, Inc. and Walgreen Co.

       **IT IS SO ORDERED**.  The Clerk of the Court is directed to close this case.

Dated:  December 14, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111